IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS WISSLER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CA 5-571 |
| | ) |
| ANCHOR GLASS CONTAINER CORP., | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 18th day of Aug, 2005, it appearing to the court that a petition in bankruptcy has been filed as to defendant, Anchor Glass Container Corporation, in the United States Bankruptcy Court for the Middle District of Florida at No.8:05-15606-ALP ; thereby invoking an automatic stay in accordance with the provisions of Title 11 U.S.C. section 362.

IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case administratively **CLOSED**.

Nothing contained in this order shall be considered a dismissal or disposition of this matter on the merits and, should further proceedings in it become necessary or desirable, either party may petition the court to re-open the case.

Donetta W. Ambrose
Chief United States District Judge

cc: All Counsel of Record